**Order filed, September 17, 2018.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-18-00597-CR

———————————

### XAVIER DAVENPORT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1462345**

---

### ORDER

The reporter's record in this case was due September 11, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Marcia Barnett, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM